# EXHIBIT F-4

PRICING INFORMATION FOR THE CONTRACT
YEARS 2006 THROUGH 2010 - SCHEDULE A

Schedule A - Contract Year May 2006 - April 2007

Administrative Services Contract
between
Blue Cross Blue Shield of Michigan
and
L&W Engineering Company

**CONFIDENTIAL**

1. Original Effective Date: 01-May-2006    Renewal Date: 01-May-2006

2. Michigan Hospital Advance                                   $ ▒▒▒

3. Administrative Fee
   a. Monthly fee per Hospital Coverage Employee              $ ▒▒▒
   b. Estimated number of Hospital Coverage enrolled Employees  1,820

4. Stoploss Protection
   a. Type of Stoploss Protection                         Specific Only
   b. Specific Attachment Point per Employee              $100,000
   c. Aggregate annual Attachment Point per Employee      No Aggregate
   d. Specific monthly fee per Employee                   $ ▒▒▒
   e. Aggregate monthly fee per Employee                  $ ▒▒▒
   f. Estimated number of Employees                       1,820
   g. Coverages subject to stoploss:
      S   Hospital                                        Key: A = Aggregate
      S   Physician                                            S = Specific
      N   Prescription Drug                                    N = Neither
   h. Specific Stoploss reimbursement credits are limited to $1,000,000 per contract per settlement year.

5. BCBSM may change the administrative and stoploss fees and the Aggregate Stoploss Attachment Point if the enrollment varies by 10% from Line 3b.

6. Each late payment is subject to a late charge of 2% of the amount due.

7. Coverages:  Hospital  Physician  Drug  Vision

8. BCBSM Bank Account: ▒▒▒▒    ABA: ▒▒▒▒
   Bank One, 611 Woodward Ave., Detroit, MI 48226

9. Amounts Billed may include BlueCard access fees.

BCBSM                09-Mar-2006           L&W Engineering Company

*Dianne Malmgren* 3/28/06                  Sign _Robt J Koss_
Dianne Malmgren   Marketing                Print _Robert J. Koss_

Prepared by:                               Title _Vice President Finance_
Cheryl Gergely    Underwriting             Date _3·23·06_

The administrative fee for May 2007 (year 3) will be a 4% increase over 2006. This will be net of any agent commission. Stoploss will be reevaluated each year.



DEPOSITION EXHIBIT
4 Koss
VLR 4-15-10

Schedule A - Contract Year May 2007 - April 2008

## Administrative Services Contract
## between
## Blue Cross Blue Shield of Michigan
## and
## L&W Engineering

**REVISED**

1. Original Effective Date: 01-May-2006        Renewal Date: 01-May-2007

2. Michigan Hospital Advance                                         $ ▓▓▓

3. Administrative Fee
   a. Monthly fee per Hospital Coverage Employee                     $ ▓▓▓
   b. Estimated number of Hospital Coverage enrolled Employees       1,787

4. Stoploss Protection
   a. Type of Stoploss Protection                              Specific Only
   b. Specific Attachment Point per Employee                   $150,000
   c. Aggregate annual Attachment Point per Employee           No Aggregate
   d. Specific monthly fee per Employee                        $ ▓▓▓
   e. Aggregate monthly fee per Employee                       $ ▓▓▓
   f. Estimated number of Employees                            1,787
   g. Coverages subject to stoploss:
      S  Hospital                                    Key: A = Aggregate
      S  Physician                                        S = Specific
      N  Prescription Drug                                 N = Neither
   h. Specific Stoploss reimbursement credits are limited to $1,000,000 per contract per settlement year.

5. BCBSM may change the administrative and stoploss fees and the Aggregate Stoploss Attachment Point if the enrollment varies by 10% from Line 3b.

6. Each late payment is subject to a late charge of 2% of the amount due.

7. Coverages: Hospital  Physician  Drug  Vision

8. BCBSM Bank Account: ▓▓▓         ABA: ▓▓▓
   Chase Bank, 611 Woodward Ave., Detroit, MI 48226

9. Amounts Billed may include BlueCard access fees.

The administrative fee for May 2008 (year 1) will be a 3% increase over 2007. The administrative fee for May 2009 (year 2) will be a 3% increase over 2008. This will be net of any agent commission. Stoploss will be reevaluated each year.

BCBSM                               02-Feb-2007          L&W Engineering

*Dianne Malmgren* (signature)                            Sign  _Rbt J Km_ (signature)
Dianne Malmgren      Marketing                           Print _Robert J. Koss_
                                                         Title _VP Finance_
Prepared by:                                             Date  _3-20-09_
Cheryl Gergely       Underwriting

Schedule A - Contract Year May 2009 - April 2010

Administrative Services Contract
between
Blue Cross Blue Shield of Michigan
and
L&W Engineering

1. Original Effective Date:    01-May-2005    Renewal Date:    01-May-2009

2. Michigan Hospital Advance                                  $■■■

3. Administrative Fee
   a. Monthly fee per Hospital Coverage Employee              $■■■
   b. Estimated number of Hospital Coverage enrolled Employees    1,353

4. Stoploss Protection
   a. Type of Stoploss Protection                             Specific Only
   b. Specific Attachment Point per Employee                  $150,000
   c. Aggregate annual Attachment Point per Employee          No Aggregate
   d. Specific monthly fee per Employee                       $■■■
   e. Aggregate monthly fee per Employee                      $■■■
   f. Annual limit on BCBSM specific stoploss liability per Employee    $1,000,000
   g. Estimated number of Employees                           1,353
   h. Coverages subject to stoploss:
      S    Hospital
      S    Physician                                          Key: A = Aggregate
      N    Prescription Drug                                       S = Specific
                                                                   N = Neither

5. BCBSM may change the administrative and stoploss fees and the Aggregate
   Stoploss Attachment Point if the enrollment varies by 10% from Line 3b.

6. Each late payment is subject to a late charge of 2% of the amount due.

7. Coverages:    Hospital    Physician    Drug    Vision

8. BCBSM Bank Account:    ■■■    ABA:    ■■■
   Chase Bank, 611 Woodward Ave., Detroit, MI 48226

9. Amounts Billed may include BlueCard access fees.


BCBSM                                         L&W Engineering
_Nathaniel Daniel_   02-Dec-2008              Sign _Will P. Zoli_
Nathaniel Daniel      4/1/09                  Print _William P. Zoli_
                     Marketing                Title _H.R. Director_
                                              Date _4/20/09_
Prepared by:
Cheryl Gergely            Underwriting

Schedule A - Contract Year May-2008 - Apr-2009 (Year 1)
Contract Year May-2009 - Apr-2010 (Year 2)

Administrative Services Contract
between
Blue Cross Blue Shield of Michigan
and
L&W Engineering

1. Original Effective Date: 01-May-2005    Renewal Date:    01-May-2008

2. Michigan Hospital Advance                                $■

3. Administrative Fee
   a. Monthly fee per Hospital Coverage Employee in Year 1.                    $■
      Monthly fee per Hospital Coverage Employee in Year 2 Net of Commission   $■
   b. Estimated number of Hospital Coverage enrolled Employees                 1,685

4. Stoploss Protection Rates for Year 1 (Year 2 rates will be set before the Year 2 Renewal Date.)
   a. Type of Stoploss Protection                           Specific Only
   b. Specific Attachment Point per Employee                $150,000
   c. Aggregate annual Attachment Point per Employee        No Aggregate
   d. Specific monthly fee per Employee                     $■
   e. Aggregate monthly fee per Employee                    $■
   f. Estimated number of Employees                         1,685
   g. Coverages subject to stoploss:
      S  Hospital
      S  Physician                                          Key: A = Aggregate
      N  Prescription Drug                                       S = Specific
                                                                 N = Neither
   h. Specific Stoploss reimbursment credits are limited to $1,000,000 per contract per settlement year.

5. BCBSM may change the administrative and stoploss fees and the Aggregate
   Stoploss Attachment Point if the enrollment varies by 10% from Line 3b.

6. Each late payment is subject to a late charge of 2% of the amount due.

7. Coverages:  Hospital  Physician  Drug  Vision

8. BCBSM Bank Account: ■           ABA: ■
   Chase Bank, 611 Woodward Ave., Detroit, MI 48226

9. Amounts Billed may include BlueCard access fees.


BCBSM                  14-Jan-2008           L&W Engineering
_[signature]_  4/11/08                       Sign _[signature]_
Nathaniel Daniels    Marketing               Print  Brad Frederick
                                             Title  CFO
Prepared by:                                 Date   4/10/08
Cheryl Gergely        Underwriting