# EXHIBIT F-5

PRICING INFORMATION FOR THE CONTRACT
YEARS 2006 THROUGH 2010 - SCHEDULE B

# SCHEDULE B
### TO ADMINISTRATIVE SERVICES CONTRACT BETWEEN
### BLUE CROSS BLUE SHIELD OF MICHIGAN
### AND
### L & W Engineering Company

## PARTICIPATING PLANS
### ESTIMATED HOSPITAL/FACILITY DISCOUNTS

Contract Year May 2005 – April 2006

| Participating Plans | Estimated Enrollment | Estimated Discounts And Retentions [a] | | |
|---|---|---|---|---|
| | | Total | % Retained [b] | Net [c] |
| NASCO Plan | | | | |
| Michigan | 1,467 | ■% | ■% | ■% |
| Custom BlueCard Plans | | | | |
| Ohio | 52 | ■% | ■% | ■% |
| Total NASCO/Custom | 1,519 | | | |
| BlueCard Plans | 246 | Complying with BlueCard policies and procedures. | | |
| Total Group | 1,765 | | | |

a. The estimated discount represents the statewide average discount for claims where the Participating Plan has primary liability, as reported by each Participating Plan, and may not represent the Group's actual experience because of differences in utilization and demographics.

b. Represents percentage of the estimated total discount retained by the Participating Plan.

c. Represents the estimated net discount received from each Participating Plan, including BCBS Michigan.

**CONFIDENTIAL**



DEPOSITION EXHIBIT
5 Koss
VLR 4-15-10

# SCHEDULE B
## TO ADMINISTRATIVE SERVICES CONTRACT BETWEEN
### Blue Cross Blue Shield of Michigan
### and
### L & W Engineering

## ESTIMATED DISCOUNTS FROM HOSPITAL AND PHYSICIAN CHARGES

Contract Year May 2006 - April 2007
Estimated Discounts And Portion Retained

|  | Hospital | | | Physician | | |
|---|---|---|---|---|---|---|
|  | Total Discount[*] | BCBSM 0 % Retained | Net Discount | Total Discount[*] | BCBSM 0 % Retained | Net Discount |
| **NASCO Plan** | | | | | | |
| Michigan | ■% | ■% | ■% | ■% | ■% | ■% |
| **Custom BlueCard** | | | | | | |
| Ohio | ■% | ■% | ■% | ■% | ■% | ■% |
| Kentucky | ■% | ■% | ■% | ■% | ■% | ■% |
| **Standard BlueCard Plans** | Complying with BlueCard Policies. | | | | | |

[*] These estimated discounts are taken from BCBSA's BlueCard Program Network/Discount Reports and are a percentage of provider charges. These are discounts for claims where the BCBS Plan has primary liability, and will not represent the Group's actual experience. Each NASCO Participating Plan has represented to BCBSM that it does not retain any discount. Each Custom BlueCard Plan has represented to BCBSA that it does not retain any discount.

# SCHEDULE B
## TO ADMINISTRATIVE SERVICES CONTRACT BETWEEN
### Blue Cross Blue Shield of Michigan
### and
### L & W Engineering

## ESTIMATED DISCOUNTS FROM HOSPITAL AND PHYSICIAN CHARGES

Contract Year May 2007 - April 2008
Estimated PPO Discounts And Portion Retained

|  | Hospital | | | Physician | | |
|---|---|---|---|---|---|---|
|  | Total Discount[a] | BCBSM 0% Retained | Net Discount | Total Discount[a] | BCBSM 0% Retained | Net Discount |
| **NASCO Plan** | | | | | | |
| BCBS Michigan | ■% | ■% | ■% | ■% | ■% | ■% |
| **Custom Bluecard Plan** | | | | | | |
| Anthem BCBS Kentucky | ■% | ■% | ■% | ■% | ■% | ■% |
| Anthem BCBS Ohio | ■% | ■% | ■% | ■% | ■% | ■% |
| **Standard Bluecard Plan** | [d] Complying with BlueCard Policies. | | | | | |

[a] These estimated discounts are taken from BCBSA's BlueCard Program Network/Discount Reports and are a percentage of provider charges. These are discounts for claims where the BCBS Plan has primary liability, and will not represent the Group's actual experience. Each NASCO Participating Plan has represented to BCBSM that it does not retain any discount. Each Custom BlueCard Plan has represented to BCBSA that it does not retain any discount.

[d] Additional administrative compensation is not applied to Claims processed under Standard BlueCard.

# SCHEDULE B
## TO ADMINISTRATIVE SERVICES CONTRACT BETWEEN
### Blue Cross Blue Shield of Michigan
### and
### L & W Engineering

## ESTIMATED STATEWIDE AVERAGE DISCOUNTS FROM HOSPITAL AND PHYSICIAN CHARGES

Contract Year January 2008 - December 2008
Estimated PPO Discounts And Portion Retained

| | Hospital | | | Physician | | |
|---|---|---|---|---|---|---|
| | Total Discount [a] | BCBSM 0% Retained | Net Discount | Total Discount [a] | BCBSM 0% Retained | Net Discount |
| **NASCO Plan** | | | | | | |
| BCBS Michigan | % | % | % | % | % | % |
| **Custom Bluecard Plan** | | | | | | |
| Anthem BCBS Kentucky | % | % | % | % | % | % |
| Anthem BCBS Ohio | % | % | % | % | % | % |
| BCBS Alabama | % | % | % | % | % | % |
| BCBS Montana | % | % | % | % | % | % |
| BCBS North Dakota | % | % | % | % | % | % |
| BCBS Wyoming | % | % | % | % | % | % |
| BS NE New York | % | % | % | % | % | % |
| CareFirst BCBS - Maryland | % | % | % | % | % | % |
| Excellus BCBS, CNY | % | % | % | % | % | % |
| HealthNow New York Inc. - BCBS of Western New York | % | % | % | % | % | % |
| Regence Group - BCBS of Idaho | % | % | % | % | % | % |
| Regence Group - BCBS Oregon | % | % | % | % | % | % |
| Regence Group - BCBS Washington | % | % | % | % | % | % |
| **Standard Bluecard Plan** | [d] Complying with BlueCard Policies. | | | | | |

[a] These estimated discounts are taken from BCBSA's BlueCard Program Network/Discount Reports and are a percentage of provider charges. These are discounts for claims where the BCBS Plan has primary liability, and will not represent the Group's actual experience. Each NASCO Participating Plan has represented to BCBSM that it does not retain any discount. Each Custom BlueCard Plan has represented to BCBSA that it does not retain any discount.

[d] Additional administrative compensation is not applied to Claims processed under Standard BlueCard.

# SCHEDULE B
## TO ADMINISTRATIVE SERVICES CONTRACT BETWEEN
## Blue Cross Blue Shield of Michigan
## and
## L & W Engineering

### ESTIMATED STATEWIDE AVERAGE DISCOUNTS FROM HOSPITAL AND PHYSICIAN CHARGES

Contract Year May 2009 - April 2010
Estimated PPO Discounts And Portion Retained

| | Hospital | | | Physician | | |
|---|---|---|---|---|---|---|
| | Total Discount [a] | BCBSM 0% Retained | Net Discount | Total Discount [a] | BCBSM 0% Retained | Net Discount |
| **NASCO Plan** | | | | | | |
| BCBS Michigan | % | % | % | % | % | % |
| **Custom Bluecard Plan** | | | | | | |
| Anthem BCBS Kentucky | % | % | % | % | % | % |
| Anthem BCBS Ohio | % | % | % | % | % | % |
| BCBS Alabama | % | % | % | % | % | % |
| BCBS Montana | % | % | % | % | % | % |
| BCBS North Dakota | % | % | % | % | % | % |
| BCBS Wyoming | % | % | % | % | % | % |
| BS NB New York | % | % | % | % | % | % |
| CareFirst BCBS - Maryland | % | % | % | % | % | % |
| Excellus BCBS, CNY | % | % | % | % | % | % |
| HealthNow New York Inc. - BCBS of Western New York | % | % | % | % | % | % |
| Regence Group - BCBS of Idaho | % | % | % | % | % | % |
| Regence Group - BCBS Oregon | % | % | % | % | % | % |
| Regence Group - BCBS Washington | % | % | % | % | % | % |
| **Standard Bluecard Plan** | [d] Complying with BlueCard Policies. | | | | | |

[a] These estimated discounts are taken from BCBSA's BlueCard Program Network/Discount Reports and are a percentage of provider charges. These are discounts for claims where the BCBS Plan has primary liability, and will not represent the Group's actual experience. Each NASCO Participating Plan has represented to BCBSM that it does not retain any discount. Each Custom BlueCard Plan has represented to BCBSA that it does not retain any discount.

[d] Additional administrative compensation is not applied to Claims processed under Standard BlueCard.